**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter _____ 7

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | The Office of the Institution Formerly Known as Alliance University |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Alliance University<br>DBA: Seminario Teologico de Puerto Rico<br>Nyack 2 Washington LLC - EIN 36-4830905, 2016-present<br>Nyack College |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 13-1740285 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2 Washington Street | |
| Number        Street | Number        Street |
| | P.O. Box |
| New York            NY      10004 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County | |
| County | Number        Street |
| | City                State    ZIP Code |

5. **Debtor's website** (URL)    allianceu.edu

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

6113____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check* **all** *that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___/___/___ Case number _____
MM / DD / YYYY

District _____ When ___/___/___ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When ___/___/___
MM / DD / YYYY

Case number, if known _____

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number (if known)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/24/2024
             MM  / DD / YYYY

✖ /s/ Matthew Kelly                          Matthew Kelly
Signature of authorized representative of debtor    Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ Steven Soulios                          Date  12/24/2024
Signature of attorney for debtor                    MM  / DD / YYYY

Steven Soulios
Printed name
Ruta Soulios & Stratis LLP
Firm name
104 West 27th Street 11th Floor
Number      Street
New York                                    NY        10001
City                                        State     ZIP Code

646-734-5440                                ssoulios@lawnynj.com
Contact phone                               Email address

2338408                                     NY
Bar number                                  State

| Fill in this information to identify the case: |
|---|

Debtor name       The Office of the Institution Formerly Known as Alliance University

United States Bankruptcy Court for the:    Southern District of New York

                                                             (State)

Case number (If known):      _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals      **12/15**

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* ................................................   $   13,000,000.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................   $   1,830,832.17

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ............................................   $   14,830,832.17

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................   $   55,455,648.10

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................   $   122,653.63

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................   +$   1,487,261.19

4. **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b                                            $   57,065,562.92

**Fill in this information to identify the case:**

Debtor name ___The Office of the Institution Formerly Known as Alliance University___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. ConnectOne | Checking | 9  5  1  6 | $ 167.17 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 167.17

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor    The Office of the Institution Formerly Known as Alliance University    Case number *(if known)*_____
        Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

        **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    0.00 _____ – 0.00 _____ = ........➔    $ 0.00 _____
                          face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:    1,232,000.92 _____ – 1,232,000.92 _____ = ........➔    $ 0.00 _____
                          face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00 _____

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                   % of ownership:

    15.1. Nyack 2 Washington LLC _____    100 ____ %    _____    $ Unknown _____

    15.2. _____    _____ %    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ 0.00 _____

---

Debtor _____   Case number (if known)_____
        The Office of the Institution Formerly Known as Alliance University
        Name

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    The Office of the Institution Formerly Known as Alliance University    Case number (if known)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                        $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Standard office furniture | $ 9,214,257.00 | _____ | $ 200,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Paintings | $_____ | _____ | $ 50,000.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                       $ 250,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor _____  Case number (*if known*)_____
       The Office of the Institution Formerly Known as Alliance University
       Name

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____The Office of the Institution Formerly Known as Alliance University_____  Case number *(if known)*_____
       Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  2 Washington Street, New York, NY 10004 | Owner | $ 41,360,461.00 | Appraisal | $ 13,000,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ 13,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Domain name alianceu.edu | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   $ 0.00

Debtor    The Office of the Institution Formerly Known as Alliance University    Case number *(if known)* _____
      Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00    —    0.00    = →    $ 0.00
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Employee Retention Tax Credit _____    Tax year 2022      $ 1,243,533.00
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

Title IV Funds held by federal Department of Education (net of Perki    $ 337,132.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 1,580,665.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    The Office of the Institution Formerly Known as Alliance University    Case number (if known) _____
         Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 167.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 250,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................➔ | | $ 13,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,580,665.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,830,832.17 | + 91b. $ 13,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................  14,830,832.17    $ 14,830,832.17

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | The Office of the Institution Formerly Known as Alliance University |
| United States Bankruptcy Court for the: | Southern District of New York |
| Case number (If known): | _____ |

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Nataxis Real Estate Capital LLC | Describe debtor's property that is subject to a lien | $ 50,681,436.00 | $ 13,000,000.00 |

Creditor's mailing address

1251 Avenue of the Americas
New York, NY 10020

Creditor's email address, if known

Describe the lien
Agreement you made, Mortgage on 2 Washi

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    03172016
Last 4 digits of account number    0003

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** Creditor's name<br>Safon Owner LLC c/o The Moinian Group | Describe debtor's property that is subject to a lien | $2,167,063.71 | $0.00 |

Creditor's mailing address
3 Columbus Circle
Suite 2300, New York, NY 10019

Creditor's email address, if known

Describe the lien
Judgment, Judgement lien on real and perso

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 55,455,648.10

Debtor ___The Office of the Institution Formerly Known as Alliance University___
          Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
The 17 Battery Place Condominium

_____

**Creditor's mailing address**

3 Columbus Circle
_____
Suite 2300, New York, NY 10019
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

The 17 Battery Place
Condominium, 0th; The 17 Battery

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2 Washington Street, New York, NY 10004

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$39,821.13        $13,000,000.00

---

**2.4** **Creditor's name**
The 17 Battery Place Condominium

_____

**Creditor's mailing address**

3 Columbus Circle
_____
Suite 2300, New York, NY 10019
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines _2.3_

**Describe debtor's property that is subject to a lien**

2 Washington Street, New York, NY 10004

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,967,258.61        $13,000,000.00

---

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** **Creditor's name**
The 17 Battery Place Condominium

**Describe debtor's property that is subject to a lien**

2 Washington Street, New York, NY 10004

$600,068.65    $13,000,000.00

**Creditor's mailing address**

3 Columbus Circle
Suite 2300, New York, NY 10019

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

   ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

_____

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

[_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    The Office of the Institution Formerly Known as Alliance University          Case number *(if known)*_____
          Name

| | | |
|---|---|---|
| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Greystone Servicing Company LLC<br>5221 N. O'Connor Blvd.<br>Suite 800<br>Irving, TX, 75039 | Line 2. 1 | 0003 |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor          The Office of the Institution Formerly Known as Alliance University

United States Bankruptcy Court for the:   Southern District of New York

Case number
(if known)          _____

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  Priority creditor's name and mailing address
NY State Sales Tax
Harriman Campus Road
Albany, NY 12227

As of the petition filing date, the claim is: $ 50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.2**  Priority creditor's name and mailing address
NYS Insurance Fund
PO BOX 5519
BINGHAMTON, NY 13902-5519

As of the petition filing date, the claim is: $ 16,694.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.3**  Priority creditor's name and mailing address
NYS Unemployment Insurance Fund
PO BOx 4301
Binghamton, NY 13902-4301

As of the petition filing date, the claim is: $ 105,909.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Priority amount: $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor _____   Case number (if known) _____
The Office of the Institution Formerly Known as Alliance University
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ACADEMIC SEARCH INC
1015 18TH STREET NW SUITE 510
Washington, DC 20036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 5,000.00

Date or dates debt was incurred   4/28/2023
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ADPRO SPORTS, LLC
55 Amherst Villa Road
Buffalo, NY 14225

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 7,812.99

Date or dates debt was incurred   4/17/2023
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
AETNA MIDDLETOWN
PO BOX 88863
CHICAGO, IL 60695

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 5,200.00

Date or dates debt was incurred   1/17/2023
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AIR STREAM AIR CONDITIONING CORP
400 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 2,750.00

Date or dates debt was incurred   6/1/2023
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 828854
Philadelphia, PA 19182-8854

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card Debt

$ 27,195.00

Date or dates debt was incurred   5/25/2023
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
PO Box 297871
Fort Lauderdale, FL 33329

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 39,945.00

Date or dates debt was incurred   _____
Last 4 digits of account number   3633

Is the claim subject to offset?
☑ No
☐ Yes

Debtor ___The Office of the Institution Formerly Known as Alliance University___    Case number (*if known*)_____
     Name

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.** 7    **Nonpriority creditor's name and mailing address**

AMERICAN PHILANTHROPIC, LLC
119 N. HIGH STREET
WEST CHESTER, PA 19380

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 11,000.00

**Date or dates debt was incurred**   6/1/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 8    **Nonpriority creditor's name and mailing address**

ARAMARK
24818 NETWORK PLACE
ATTN: ARAMARK HIGHER EDUC
CHICAGO, IL 60673-1248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 73,790.66

**Date or dates debt was incurred**   5/31/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 9    **Nonpriority creditor's name and mailing address**

ARAMARK REFRESHMENT SERVICES
PO BOX 21971
NEW YORK, NY 10087-1971

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,342.22

**Date or dates debt was incurred**   4/28/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 10    **Nonpriority creditor's name and mailing address**

ATLANTIC BUSINESS PRODUCTS
134 WEST 26TH STREET
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 41.64

**Date or dates debt was incurred**   9/1/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 11    **Nonpriority creditor's name and mailing address**

BETHEL GOSPEL ASSEMBLY, INC.
2-26 E 120TH STREET
NEW YORK, NY 10035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,550.00

**Date or dates debt was incurred**   4/19/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Office of the Institution Formerly Known as Alliance University_____ Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 12** **Nonpriority creditor's name and mailing address**

CABLEVISION LIGHTPATH, INC.
PO BOX 360111
PITTSBURGH, PA 15251

**As of the petition filing date, the claim is:** $ 10,383.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    6/1/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 13** **Nonpriority creditor's name and mailing address**

CHARLES EDWARD BRESSLER
230 WATERFORD WAY
ATHENS, GA 10606

**As of the petition filing date, the claim is:** $ 1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    8/25/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 14** **Nonpriority creditor's name and mailing address**

CHRISTIAN AND MISSIONARY ALLIANCE
CHURCH
One Alliance Place
Reynoldsburg, OH 43068

**As of the petition filing date, the claim is:** $ 300,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    9/1/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 15** **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION NO. 2
PO BOX 631025
CINCINNATI, OH 45263-1025

**As of the petition filing date, the claim is:** $ 12,277.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    6/2/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 16** **Nonpriority creditor's name and mailing address**

COMMISSION ON COLLEGIATE NURSING
ONE DUPONT CIRCLE NW
SUITE 530
WASHINGTON, DC 20036-1120

**As of the petition filing date, the claim is:** $ 2,833.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred    5/12/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Office of the Institution Formerly Known as Alliance University_____    Case number (if known)_____
       Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 17   **Nonpriority creditor's name and mailing address**

COSCHEDULE LLC
318 E BROADWAY AVE
BISMARCK, ND 58501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 980.00

Date or dates debt was incurred   8/9/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 18   **Nonpriority creditor's name and mailing address**

D2L LTD
210 WEST PENNSYLVANIA AVE
SUITE 400A
TOWSON, MD 21204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 31,697.37

Date or dates debt was incurred   12/15/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 19   **Nonpriority creditor's name and mailing address**

DAVID HEARN
PO BOX 369
PRITCHARD , BC V0E-2P0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 250.00

Date or dates debt was incurred   9/12/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 20   **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 24,495.03

Date or dates debt was incurred   5/6/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.** 21   **Nonpriority creditor's name and mailing address**

DIRECT WASTE SERVICES, INC
PO BOX 384
EAST HANOVER, NJ 07936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,764.00

Date or dates debt was incurred   7/1/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  The Office of the Institution Formerly Known as Alliance University
        Name

        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22  **Nonpriority creditor's name and mailing address**

DONA SCHEPENS
392 KINGS HIGHWAY
VALLEY COTTAGE, NY 10989

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,200.00

Date or dates debt was incurred    8/25/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

EAB GLOBAL, INC.
2445 M Street NW
Washington, DC 20037

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card Debt

$ 363,181.88

Date or dates debt was incurred    9/22/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24  **Nonpriority creditor's name and mailing address**

EDUCATIONAL COMPUTER SYSTEMS INC
1200 CHERRINGTON PWY SUITE 200
CORAOPOLIS, PA 15108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 681.36

Date or dates debt was incurred    8/31/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25  **Nonpriority creditor's name and mailing address**

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 5,959.33

Date or dates debt was incurred    8/31/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26  **Nonpriority creditor's name and mailing address**

FLEETPOOL USA LLC
1845 EAST SANTA FE
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,842.43

Date or dates debt was incurred    5/12/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   The Office of the Institution Formerly Known as Alliance University   Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 27** | **Nonpriority creditor's name and mailing address**

FOUR WINDS INTERACTIVE, LLC
1221 BROADWAY
DENVER, CO 80203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,000.00

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | 5/5/2023 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 28** | **Nonpriority creditor's name and mailing address**

GLOBAL RETIREMENT PARTNERS LLC
4340 REDWOOD HIGHWAY SUITE B60
SAN RAFAEL, CA 94903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,059.69

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | 9/21/2023 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 29** | **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 807235932
PALATINE, IL 60038-0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,857.58

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | 2/28/2023 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 30** | **Nonpriority creditor's name and mailing address**

H.T. LYONS, INC.
7165 AMBASSADOR DRIVE
ALLENTOWN, PA 18106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,908.54

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | 11/23/2022 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 31** | **Nonpriority creditor's name and mailing address**

HARRINGTON PRESS
207 MAIN STREET
NYACK, NY 10960

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,136.85

**Basis for the claim:** Credit Card Debt

| Date or dates debt was incurred | 1/14/2023 |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor _The Office of the Institution Formerly Known as Alliance University_
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.32  Nonpriority creditor's name and mailing address**

HUMAN CAPITAL RESEARCH CORP
3015 NORTH LINCOLN AVE
CHICAGO, IL 60657

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 25,987.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  4/26/2023
Last 4 digits of account number  _____

**3.33  Nonpriority creditor's name and mailing address**

IN PLACE SOFTWARE
3000 LAWRENCE STREET
DENVER, CO 80205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,525.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  7/31/2023
Last 4 digits of account number  _____

**3.34  Nonpriority creditor's name and mailing address**

KAREN SUE GUSTAFSON
10521 CEDAR LAKE ROAD #204
MINNETONKA, MN 55305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,200.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  8/25/2023
Last 4 digits of account number  _____

**3.35  Nonpriority creditor's name and mailing address**

METROPOLITAN PAPER RECYCLING INC
847 SHEPHERD AVE
BROOKLYN, NY 11208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 650.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  4/15/2023
Last 4 digits of account number  _____

**3.36  Nonpriority creditor's name and mailing address**

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 9,912.17

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  01/01/2024
Last 4 digits of account number  _____

Debtor  ____The Office of the Institution Formerly Known as Alliance University____
              Name

Case number (*if known*)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.**<sup>37</sup> **Nonpriority creditor's name and mailing address**

NELSON MADDEN BLACK LLP
475 PARK AVENUE SOUTH SUITE 2800
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    9/12/2023
Last 4 digits of account number    _____

$ 356.25

---

**3.**<sup>38</sup> **Nonpriority creditor's name and mailing address**

OCS CHEMICAL ENGINEERING LLC
1062 OREGON ROAD
CORTLANDT MANOR, NY 10567

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/11/2023
Last 4 digits of account number    _____

$ 5,644.00

---

**3.**<sup>39</sup> **Nonpriority creditor's name and mailing address**

OXFORD UNIVERSITY PRESS
2001 EVANS ROAD
CARY, NC 27513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    10/30/2022
Last 4 digits of account number    _____

$ 3,668.56

---

**3.**<sup>40</sup> **Nonpriority creditor's name and mailing address**

PARCHMENT LLC
7001 N SCOTTSDALE RD SUITE 1050
SCOTTSDALE, AZ 85253

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    8/11/2023
Last 4 digits of account number    _____

$ 20,918.00

---

**3.**<sup>41</sup> **Nonpriority creditor's name and mailing address**

PERDIA EDUCATION/GETEDUCATED.COM
PO BOX 458
MONTEREY, VA 24465

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    5/24/2023
Last 4 digits of account number    _____

$ 4,050.00

---

Debtor  The Office of the Institution Formerly Known as Alliance University
        Name                                                                Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

PIONEER COLLEGE CATERERS INC
303 GLENROSE AVE
ATTN LAURA BRUYN
NASHVILLE, TN 37201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 92,806.94

Date or dates debt was incurred    4/25/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 43  **Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SRVCS
LLC
1 ELMCROFT ROAD
STAMFORD, CT 06926-0700

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,032.02

Date or dates debt was incurred    7/12/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 44  **Nonpriority creditor's name and mailing address**

PRUDENTIAL INSURANCE COMPANY
213 WASHINGTON STREET, 8TH FLOOR
NEWARK, NJ 07102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,855.39

Date or dates debt was incurred    8/1/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 45  **Nonpriority creditor's name and mailing address**

PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 17,210.00

Date or dates debt was incurred    8/10/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 46  **Nonpriority creditor's name and mailing address**

RESPONSIVEX LLC
PO BOX 085947
RACINE, WI 53408

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,200.00

Date or dates debt was incurred    7/13/2023

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 10 of 16

Debtor  The Office of the Institution Formerly Known as Alliance University
        Name                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 47  **Nonpriority creditor's name and mailing address**

RING CENTRAL INC
20 DAVIS DRIVE
BELMONT, CA 94002

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 23,163.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    6/20/2023
Last 4 digits of account number

---

**3.** 48  **Nonpriority creditor's name and mailing address**

SAFARI TELECOM, INC.
7 RIDGEDALE AVE SUITE 103
CEDAR KNOLLS, NJ 07927

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,620.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    7/1/2023
Last 4 digits of account number

---

**3.** 49  **Nonpriority creditor's name and mailing address**

SAFON LLC
3 COLUMBUS CIRCLE 26TH FLOOR
SUITE 2600
NEW YORK, NY 10019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 136,570.16

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    7/6/2023
Last 4 digits of account number

---

**3.** 50  **Nonpriority creditor's name and mailing address**

SECURITY SERVICES OF
26 CONTROLS DRIVE
SHELTON, CT 06484-6111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 27,190.50

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    5/31/2023
Last 4 digits of account number

---

**3.** 51  **Nonpriority creditor's name and mailing address**

SHRED-IT USA, LLC
28161 N KEITH DRIVE
LAKE FOREST, IL 60045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 698.92

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    7/3/2023
Last 4 digits of account number

---

Debtor _____    Case number (if known) _____
        The Office of the Institution Formerly Known as Alliance University
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52  Nonpriority creditor's name and mailing address**

SIX RED MARBLES INC
PO BOX 411302
BOSTON, MA 02241-1302

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 43,864.53

Date or dates debt was incurred    6/9/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53  Nonpriority creditor's name and mailing address**

SNAPENGAGE, LLC
5005 LBJ FREEWAY
SUITE 850
DALLAS, TX 75244

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 500.00

Date or dates debt was incurred    6/30/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54  Nonpriority creditor's name and mailing address**

SONO STUDIOS LTD LLC
18 LEONARD STREET
NORWALK, CT 06850

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

Date or dates debt was incurred    6/4/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55  Nonpriority creditor's name and mailing address**

T M BIER & ASSOCIATES INC
79 HAZEL STREET
GLEN COVE, NY 11542

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 4,410.00

Date or dates debt was incurred    5/25/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56  Nonpriority creditor's name and mailing address**

TAE SOO KANG
5934 DUNN AVE
SAN JOSE, CA 95123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 500.00

Date or dates debt was incurred    9/14/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____    Case number (if known)_____
The Office of the Institution Formerly Known as Alliance University
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.57** Nonpriority creditor's name and mailing address

THE COMMON APPLICATION INC
3003 WASHINGTON BLVD SUITE 1000
ARLINGTON, VA 22201

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 67.20

Date or dates debt was incurred    6/20/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.58** Nonpriority creditor's name and mailing address

THE HARTFORD
200 HOPMEADOW ST
WEATOGUE, CT 06089

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 11,629.01

Date or dates debt was incurred    6/30/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.59** Nonpriority creditor's name and mailing address

TRANS UNION LLC
PO BOX 99506
CHICAGO, IL 60693-9506

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 325.14

Date or dates debt was incurred    8/29/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.60** Nonpriority creditor's name and mailing address

TURNING STAR INC
600 WILLOW TREE ROAD
LEONIA, NJ 07605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 625.00

Date or dates debt was incurred    11/14/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.61** Nonpriority creditor's name and mailing address

UNITEDHEALTHCARE INSURANCE
9900 BREN ROAD EAST
MN008-T390
MINNETONKA, MN 55343

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 6,469.61

Date or dates debt was incurred    7/25/2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  The Office of the Institution Formerly Known as Alliance University

Name

Case number (*if known*)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.** 62  **Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 4820
TRENTON, NJ 08650-4820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 742.71

Date or dates debt was incurred    8/6/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 63  **Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,100.86

Date or dates debt was incurred    6/30/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 64  **Nonpriority creditor's name and mailing address**

VISUALZEN, INC.
400 GRANBY ST STE 107-5
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,000.00

Date or dates debt was incurred    4/30/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 65  **Nonpriority creditor's name and mailing address**

W B MASON CO INC
59 CENTRE STREET
BROCKTON, MA 02303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,393.69

Date or dates debt was incurred    6/30/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 66  **Nonpriority creditor's name and mailing address**

WESTERN PA DISTRICT OF THE C&MA
341 CHESTNUT STREET
PUNXSUTAWNEY, PA 15767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 1,038.75

Date or dates debt was incurred    9/1/2023

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____The Office of the Institution Formerly Known as Alliance University_____    Case number (if known)_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | GGR, Inc.<br>5858 Westheimer Road<br>Suite 500<br>Houston, TX, 77057 | Line 3.15<br>☐ Not listed. Explain: | _____ |
| 4.2. | Richard T. Avis, Attorney & Associates, LLC<br>P.O. Box 735633<br>Chicago, IL, 60673-5633 | Line 3.29<br>☐ Not listed. Explain | _____ |
| 4.3. | Shook, Hardy and Bacon<br>2555 Grand Blvd.<br>Attn: Michael Barnett, Esq.<br>Kansas City, MO, 64108 | Line 3.23<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    The Office of the Institution Formerly Known As Alliance University    Case number (if known) _____
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 122,653.63 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 1,487,261.19 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,609,914.82 |

**Fill in this information to identify the case:**

Debtor name __The Office of the Institution Formerly Known as Alliance University__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____    Chapter _7_

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ___The Office of the Institution Formerly Known as Alliance University___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _The Office of the Institution Formerly Known as Alliance University_

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 06/30/2024<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 1,087,678.00 |
| **For prior year:** | From 07/01/2022<br>MM / DD / YYYY | to | 06/30/2023<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 30,067,558.00 |
| **For the year before that:** | From 07/01/2021<br>MM / DD / YYYY | to | 06/30/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 27,902,598.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    The Office of the Institution Formerly Known as Alliance University    Case number (if known) _____
        Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Forvis Mazars LLP<br>Creditor's name<br>135 W 50th St<br>New York, NY 10020 | | $ 16,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Seminario Teologico de Puerto Rico, Inc.<br>Insider's name<br>458 C. Ing. José A. V. Canals<br>San Juan, PR 00918<br><br>**Relationship to debtor**<br>Former affiliate of debtor | 07/01/2024 | $ Unknown | Transferred building where the seminary is located. Building was funded by donation with restrictions that if debtor ceased to exist, the funds would remain in Puerto Rico for seminary education. Please see corporate resolution and memo of seminary's counsel for additional |
| 4.2. | Matthew Kelly<br>Insider's name<br><br><br><br>**Relationship to debtor** | | $ 1,416.37 | |

Debtor    The Office of the Institution Formerly Known as Alliance University    Case number (if known)_____
_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF THE REGISTERED HOLDERS OF CITIGROUP | | Supreme Court of the State of New York, New York County | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 850020/2024 _____ | | 60 Centre St New York, NY 10007 | |
| 7.2. | **Case title** EAB Global, Inc. v. Alliance University | | **Court or agency's name and address** United States District Court, District of Columbia | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 1:24-cv-1303 _____ | Suit to collect on balance of serv | 333 Constitution Avenue, N.W. Washington, DC 20001 | |

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number (if known)_____ |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ruta, Soulios & Stratis LLP | | 06/27/2024 | $ 23,817.00 |
| | **Address** | | | |
| | 104 W. 27th Street | | | |
| | 11th Floor | | | |
| | New York, NY 10001 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |
| | | | |

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number (if known) |
|---|---|---|
| | Name | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor   The Office of the Institution Formerly Known as Alliance University                    Case number (if known)_____
     Name

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankrupties**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. Student data _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☒ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

Debtor   The Office of the Institution Formerly Known as Alliance University
_____
Name

Case number (if known)_____

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

Debtor    The Office of the Institution Formerly Known as Alliance University
_____
    Name

Case number (*if known*)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____    To _____ |

Debtor ___The Office of the Institution Formerly Known as Alliance University___       Case number (*if known*)_____
     Name

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Christian and Missionary Alliance <br> Name <br> One Alliance Place, Reynoldsburg, OH 43068 | From 01/01/2024 <br> To 07/13/2024 |
| 26a.2. Beyond Green Solutions, LLC <br> Name <br> P.O. Box 25414, Rochester, NY 14625 | From 08/01/2023 <br> To 07/13/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Forvis LLP <br> Name <br> 155 Avenue of the Americas, New York, NY 10036 | From 01/01/2000 <br> To 07/13/2024 |
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name | |

Debtor    The Office of the Institution Formerly Known as Alliance University      Case number *(if known)*_____
_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number (if known) |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| Name and address of the person who has possession of inventory records | | |

27.2. _____
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Christian and Missionary Alliance | One Alliance Place, Reynoldsburg, OH 43068 | Parent Organization; Debtor is wholly-owned subsidiary | |
| Kenneth Baldes | 7823 Swiftrun Road, Colorado Springs, CO 80920 | Ex Officio Trustee | 0 |
| William Beatty | 77 Parker Road, Plainsboro, NJ 08536 | Trustee | 0 |
| Glenn Daves | 4532 Mont Blanc Drive, Austin, TX 78738 | Trustee | 0 |
| Rev. Thomas Flanders | 507 Marsh Reed Drive, Winter Garden, FL 34787 | Trustee | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anne Snyder Brooks | 111 10th Street SE, Washington, DC 20003 | Trustee | 07/01/2020 To 06/14/2024 |
| Dr. Victor Chan | 817 Key Route Blvd., Albany, CA 94706 | Trustee | 07/01/2016 To 06/14/2024 |
| J. Robert Ciminera | 5903 Windwood Drive, Lakeland, FL 33813 | Trustee | 07/01/2020 To 08/20/2023 |
| Rajan Mathews | 2 Washington Street, New York, NY 10004 | President | 10/01/2021 To 12/31/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Seminario Teologico de Puerto Rico, Inc. | 15,000.00 | 01/16/24 | The Puerto Rico campus made a series of transfers from CDs held by Orchard Alliance. The Puerto Rico campus operated as an extension site of the university's main |
| Name | | | |
| 458 C. Ing. José A. V. Canals San Juan, PR | | | |
| **Relationship to debtor** | | | |
| Former affiliate of debtor | | | |

| Debtor | The Office of the Institution Formerly Known as Alliance University | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

|  |  |  | 35,091.67 | 07/03/2024 |
|---|---|---|---|---|
| 30.2 | **Name and address of recipient** | | | |
| | Seminario Teologico de Puerto Rico, Inc. | | | _____ |
| | Name | | | |
| | 458 C. Ing. José A. V. Canals | | | _____ |
| | San Juan, PR | | | |
| | | | | _____ |
| | | | | _____ |
| | **Relationship to debtor** | | | _____ |
| | Former affiliate of debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/24/2024
              MM  / DD  / YYYY

✘ /s/ Matthew Kelly                                      Printed name  Matthew Kelly
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    The Office of the Institution Formerly Known as Alliance University      Case number *(if known)*_____

### Continuation Sheet for Official Form 207

**17) Pension Contributions**
**TIAA 13-1740285 Terminated**
**28) Additional people in control of the debtor at the time of the filing of this case**
**Dr. Gary Friesen One Alliance Place, 0**
 **Reynoldsburg, OH 43068**
**Dr. Paul Glenn 6338 River Downs Rd., 0**
 **Alexandria, VA 22312**
**Rev. Dr. Denny Krajacic 231 becker Road, Butler, 0**
 **PA 16002**
**Dr. John Praveen 16 Meadowlark Drive, 0**
 **Plainsboro, NJ 08536**
**Rev. Dr. Scott Slocum 37 Old Stage Road, Essex 0**
 **Junction, VT 05452**
**Dr. Carolyn Tonge 4800 NW 100 Terrace, 0**
 **Pompano Beach, FL 33076**
**Dr. Duane Wheeland 3011 Willow Fork Dr., 0**
 **Katy, TX 77450**
**29) Former partners**
**Vivan Price 10 Jackson Court, 07/01/2020 06/14/2024**
 **Cranbury, NJ 08512**
**Rev. Dr. Kelvin 3625 Tibbett 07/01/2019 05/30/2024**
**Walker Avenue, 2nd Floor,**
 **Bronx, NY 10463**
**Paulette Zimmerman 3345 Members Club 07/01/2019 05/30/2024**
 **Drive SE,**
 **Southport, NC 28461**

United States Bankruptcy Court

Southern District of New York

In re: The Office of the Institution Formerly Known as
Alliance University

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:   _____12/24/2024_____

/s/ Matthew Kelly
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

ACADEMIC SEARCH INC
1015 18TH STREET NW SUITE 510
Washington, DC 20036

ADPRO SPORTS, LLC
55 Amherst Villa Road
Buffalo, NY 14225

AETNA MIDDLETOWN
PO BOX 88863
CHICAGO, IL 60695

AIR STREAM AIR CONDITIONING CORP
400 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797

ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 828854
Philadeplphia, PA 19182-8854

AMERICAN EXPRESS
PO Box 297871
Fort Lauderdale, FL 33329

AMERICAN PHILANTHROPIC, LLC
119 N. HIGH STREET
WEST CHESTER, PA 19380

ARAMARK
24818 NETWORK PLACE
ATTN: ARAMARK HIGHER EDUC
CHICAGO, IL 60673-1248

ARAMARK REFRESHMENT SERVICES
PO BOX 21971
NEW YORK, NY 10087-1971

ATLANTIC BUSINESS PRODUCTS
134 WEST 26TH STREET
NEW YORK, NY 10001

BETHEL GOSPEL ASSEMBLY, INC.
2-26 E 120TH STREET
NEW YORK, NY 10035

CABLEVISION LIGHTPATH, INC.
PO BOX 360111
PITTSBURGH, PA 15251

CHARLES EDWARD BRESSLER
230 WATERFORD WAY
ATHENS, GA 10606

CHRISTIAN AND MISSIONARY ALLIANCE CHURCH
One Alliance Place
Reynoldsburg, OH 43068

CINTAS CORPORATION NO. 2
PO BOX 631025
CINCINNATI, OH 45263-1025

COMMISSION ON COLLEGIATE NURSING
ONE DUPONT CIRCLE NW
SUITE 530
WASHINGTON, DC 20036-1120

COSCHEDULE LLC
318 E BROADWAY AVE
BISMARCK, ND 58501

D2L LTD
210 WEST PENNSYLVANIA AVE
SUITE 400A
TOWSON, MD 21204

DAVID HEARN
PO BOX 369
PRITCHARD , BC V0E-2P0

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

DIRECT WASTE SERVICES, INC
PO BOX 384
EAST HANOVER, NJ 07936

DONA SCHEPENS
392 KINGS HIGHWAY
VALLEY COTTAGE, NY 10989

EAB GLOBAL, INC.
2445 M Street NW
Washington, DC 20037

EAB Global, Inc.
2445 M St. NW
Washington, DC 20037

EDUCATIONAL COMPUTER SYSTEMS INC
1200 CHERRINGTON PWY SUITE 200
CORAOPOLIS, PA 15108

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

FLEETPOOL USA LLC
1845 EAST SANTA FE
OLATHE, KS 66062

FOUR WINDS INTERACTIVE, LLC
1221 BROADWAY
DENVER, CO 80203

GGR, Inc.
5858 Westheimer Road
Suite 500
Houston, TX 77057

GLOBAL RETIREMENT PARTNERS LLC
4340 REDWOOD HIGHWAY SUITE B60
SAN RAFAEL, CA 94903

GRAINGER
DEPT 807235932
PALATINE, IL 60038-0001

Greystone Servicing Company LLC
5221 N. O'Connor Blvd.
Suite 800
Irving, TX 75039

H.T. LYONS, INC.
7165 AMBASSADOR DRIVE
ALLENTOWN, PA 18106

HARRINGTON PRESS
207 MAIN STREET
NYACK, NY 10960

HUMAN CAPITAL RESEARCH CORP
3015 NORTH LINCOLN AVE
CHICAGO, IL 60657

IN PLACE SOFTWARE
3000 LAWRENCE STREET
DENVER, CO 80205

KAREN SUE GUSTAFSON
10521 CEDAR LAKE ROAD #204
MINNETONKA, MN 55305

METROPOLITAN PAPER RECYCLING INC
847 SHEPHERD AVE
BROOKLYN, NY 11208

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Nataxis Real Estate Capital LLC
1251 Avenue of the Americas
New York, NY 10020

NELSON MADDEN BLACK LLP
475 PARK AVENUE SOUTH SUITE 2800
NEW YORK, NY 10016

NY State Sales Tax
Harriman Campus Road
Albany, NY 12227

NYS Insurance Fund
PO BOX 5519
BINGHAMTON, NY 13902-5519

NYS Unemployment Insurance Fund
PO BOx 4301
Binghampton, NY 13902-4301

OCS CHEMICAL ENGINEERING LLC
1062 OREGON ROAD
CORTLANDT MANOR, NY 10567

OXFORD UNIVERSITY PRESS
2001 EVANS ROAD
CARY, NC 27513

PARCHMENT LLC
7001 N SCOTTSDALE RD SUITE 1050
SCOTTSDALE, AZ 85253

PERDIA EDUCATION/GETEDUCATED.COM
PO BOX 458
MONTEREY, VA 24465

PIONEER COLLEGE CATERERS INC
303 GLENROSE AVE
ATTN LAURA BRUYN
NASHVILLE, TN 37201

PITNEY BOWES GLOBAL FINANCIAL SRVCS LLC
1 ELMCROFT ROAD
STAMFORD, CT 06926-0700

PRUDENTIAL INSURANCE COMPANY
213 WASHINGTON STREET, 8TH FLOOR
NEWARK, NJ 07102

PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036-6569

RESPONSIVEX LLC
PO BOX 085947
RACINE, WI 53408

Richard T. Avis, Attorney & Associates, LLC
P.O. Box 735633
Chicago, IL 60673-5633

RING CENTRAL INC
20 DAVIS DRIVE
BELMONT, CA 94002

SAFARI TELECOM, INC.
7 RIDGEDALE AVE SUITE 103
CEDAR KNOLLS, NJ 07927

SAFON LLC
3 COLUMBUS CIRCLE 26TH FLOOR
SUITE 2600
NEW YORK, NY 10019

Safon Owner LLC c/o The Moinian Group
3 Columbus Circle
Suite 2300
New York, NY 10019

SECURITY SERVICES OF
26 CONTROLS DRIVE
SHELTON, CT 06484-6111

Shook, Hardy and Bacon
2555 Grand Blvd.
Attn: Michael Barnett, Esq.
Kansas City, MO 64108

SHRED-IT USA, LLC
28161 N KEITH DRIVE
LAKE FOREST, IL 60045

SIX RED MARBLES INC
PO BOX 411302
BOSTON, MA 02241-1302

SNAPENGAGE, LLC
5005 LBJ FREEWAY
SUITE 850
DALLAS, TX 75244

SONO STUDIOS LTD LLC
18 LEONARD STREET
NORWALK, CT 06850

T M BIER & ASSOCIATES INC
79 HAZEL STREET
GLEN COVE, NY 11542

TAE SOO KANG
5934 DUNN AVE
SAN JOSE, CA 95123

The 17 Battery Place Condominium
3 Columbus Circle
Suite 2300
New York, NY 10019

THE COMMON APPLICATION INC
3003 WASHINGTON BLVD SUITE 1000
ARLINGTON, VA 22201

THE HARTFORD
200 HOPMEADOW ST
WEATOGUE, CT 06089

TRANS UNION LLC
PO BOX 99506
CHICAGO, IL 60693-9506

TURNING STAR INC
600 WILLOW TREE ROAD
LEONIA, NJ 07605

UNITEDHEALTHCARE INSURANCE
9900 BREN ROAD EAST
MN008-T390
MINNETONKA, MN 55343

VERIZON
P.O. BOX 4820
TRENTON, NJ 08650-4820


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408


VISUALZEN, INC.
400 GRANBY ST STE 107-5
NORFOLK, VA 23510


W B MASON CO INC
59 CENTRE STREET
BROCKTON, MA 02303


WESTERN PA DISTRICT OF THE C&MA
341 CHESTNUT STREET
PUNXSUTAWNEY, PA 15767


Wilmington Trust

# United States Bankruptcy Court

Southern District of New York

**In re**  The Office of the Institution Formerly Known as Alliance University

Case No. _____

**Debtor**

Chapter _7_ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 23,817.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 24,155.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -338.00 _____

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

[ ] Debtor    [✔] Other (specify) N/A

3. The source of compensation to be paid to me is:

[ ] Debtor    [✔] Other (specify) N/A

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.  [Other provisions as needed]

Reviewing the Debtor's financial information and relevant documents concerning its financial affairs, assets and liabilities, preparation and filing of Chapter 7 bankruptcy Petition, and Schedules, and Statement of Financial affairs, representation of Debtor at the initial Rule 341 Meeting of Creditors before the United States Trustee. Respond to inquiries (telephone calls and correspondence) about the Debtor's case made by creditors and interested parties.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Flat fee retainer does not cover any subsequent hearings (after the initial Meeting of Creditors) or motions or objections or examinations or adversary proceedings that may be brought or initiated or conducted by creditors, the Chapter 7 Trustee, or the United States Trustee.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/24/2024
_____
*Date*

/s/ Steven Soulios, 2338408
_____
*Signature of Attorney*

Ruta Soulios & Stratis LLP
_____
*Name of law firm*
104 West 27th Street
11th Floor
New York, NY 10001