***TARTER KRINKSY & DROGIN, LLP***
***1350 BROADWAY, 11TH FLOOR***
***NEW YORK, NEW YORK  10018***

January 6, 2025

**BY:  ELECTRONIC FILING**

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

  **Re:**  **In re The Office of the Institution Formerly Known as Alliance University (the "Debtor")**

  **Chapter 7 – Case No. 24-12439 MG**

Dear Sir/Madam,

 I am the Chapter 7 Trustee for the above-referenced bankruptcy estate.

 There is a proposed asset in this case for distribution to creditors.  Please establish a deadline for filing proofs of claim and send notice to creditors.

 Thank you for your assistance in this matter.

      Sincerely,

      /s/ Deborah J. Piazza

      Deborah J. Piazza
      Chapter 7 Trustee