*Deborah J. Piazza, Chapter 7 Trustee*
TARTER KRINSKY & DROGIN LLP
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Deborah J. Piazza, Esq.
dpiazza@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

THE OFFICE OF THE INSTITUTION FORMERLY
KNOWN AS ALLIANCE UNIVERSITY,

Debtor.
-------------------------------------------------------------------x

Chapter 7

Case No.: 24-12439 (MG)

## NOTICE OF ADJOURNMENT OF SECTION 341 MEETING OF CREDITORS

**YOU ARE HEREBY NOTIFIED** that the section 341(a) meeting of creditors in the above-captioned case, has been adjourned from **February 5, 2025 at 9:30 a.m. to February 25, 2025 at 1:00 p.m.** (the "Meeting"). The Debtor must attend the Meeting to be questioned under oath. Creditors may attend but are not required to do so. The Meeting may be continued or adjourned to a later date. If so, the date will be docketed on the court docket in this case.

All parties attending the Meeting shall appear via Zoom in accordance with the instructions below.

**Zoom Video Meeting Information:**

On the date and time set forth above, parties attending the Meeting shall go to Zoom.us/join, and enter Meeting ID # 346 116 0283, and Passcode 8488495731.

Dated:  New York, New York
        February 3, 2025

*Deborah J. Piazza*
*Chapter 7 Trustee*

By: /s/ Deborah J. Piazza
    Deborah J. Piazza, Esq.
    TARTER KRINSKY & DROGIN LLP
    1350 Broadway, 11th Floor
    New York, New York 10018
    Phone:(212) 216-8000
    dpiazza@tarterkrinsky.com

#171065064v1<Documents> - Notice of Adjourned Section 341 (a) Meeting - Alliance Univer...doc